IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In Re:

WILLIAM MARC BOYD, JR.,                                             Case No. 18-30220-KKS

    Debtor.
_____

JOHN E. VENN, JR., TRUSTEE,

    Plaintiff,

v.                                                                                              Adversary Case No. 18-03012-HAC

WILLIAM MARC BOYD, JR.,

    Defendant.

## ORDER AND JUDGMENT

Judgment is hereby entered in favor of the plaintiff-trustee and against the defendant-debtor on count V of the second amended complaint.  The court denies the debtor a discharge pursuant to 11 U.S.C. § 727(a)(4)(A).

This judgment is not final because there are remaining counts which are set for trial on October 3, 2019.

Dated:   September 11, 2019

                                                                        HENRY A. CALLAWAY
                                                                        U.S. BANKRUPTCY JUDGE