IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In Re:

WILLIAM MARC BOYD, JR.,                                    Case No. 18-30220-KKS

    Debtor.
_____

JOHN E. VENN, JR., TRUSTEE,

    Plaintiff,

v.                                                                                  Adversary Case No. 18-03012-HAC

WILLIAM MARC BOYD, JR.,

    Defendant.

## FINAL JUDGMENT

In accordance with the court's order granting motion for summary judgment in part (doc. 63) and its order dismissing the remaining counts of the second amended complaint entered simultaneously herewith, it is hereby ordered, adjudged, and decreed that judgment is entered in favor of the plaintiff-trustee and against the defendant-debtor on count V of the second amended complaint. The court denies the debtor a discharge pursuant to 11 U.S.C. § 727(a)(4)(A).

Dated: September 19, 2019

                                                       /s/ Henry A. Callaway
                                                       HENRY A. CALLAWAY
                                                       U.S. BANKRUPTCY JUDGE